# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baer, Janet S. | Bankruptcy Court- Northern District of Illinois | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Suite 662, Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Grantor and Trustee -12/11/2012 to present | Janet S. Baer Revocable Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 2/5/15-2/6/15 | Dallas, TX | Committee Meeting | Hotel, airfare, food and ground transportation |
| 2. | University of Wisconsin | 2/19/15-2/20/15 | Madison, WI | Bankruptcy Law Seminar | Hotel, food and ground transportation |
| 3. | National Conference of Bankruptcy Judges | 9/27/15-9/30/15 | Miami, FL | Annual Meeting | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Municipal Money Market Fund #1 | A | Interest | L | T | | | | | |
| 2. Fidelty Municipal Money Market Fund #2 | A | Interest | M | T | | | | | |
| 3. Fidelty Global Balanced Fund | B | Int./Div. | L | T | | | | | |
| 4. I shares TR S & P Midcap 400 Index Fund | A | Int./Div. | K | T | | | | | |
| 5. I shares Trust S & P Small Cap 600 Index Fund | A | Int./Div. | L | T | | | | | |
| 6. Matthews Asian Growth & Income Fund #1 | B | Int./Div. | K | T | | | | | |
| 7. Oakmark Equity & Income Fund #1 | E | Int./Div. | M | T | | | | | |
| 8. Pimco Investment Grade Corp bond Class D Fund | B | Int./Div. | K | T | | | | | |
| 9. T Rowe Price International Stock Fund #1 | A | Int./Div. | L | T | | | | | |
| 10. T Rowe Price Capital Appreciation Fund # 1 | E | Int./Div. | M | T | | | | | |
| 11. T Rowe Price International Bond Fund #1 | A | Int./Div. | K | T | | | | | |
| 12. Templeton Global Bond Fund Class C | A | Int./Div. | K | T | | | | | |
| 13. Vanguard Wellington Investor Fund | D | Int./Div. | M | T | | | | | |
| 14. Fidelity Municipal Money Market Fund #3 | A | Interest | | | Merged (with line 1) | 06/01/15 | L | | |
| 15. Oakmark Equity & Income Fund #2 | A | Int./Div. | | | Merged (with line 7) | 06/02/15 | J | | |
| 16. T Rowe Price Short Term Bond Fund #1 | A | Int./Div. | J | T | | | | | |
| 17. Fidelty Municipal Money Market Fund #4 | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity IRA | | | | | | | | | |
| 19. -Fidelity Govn. Cash Reserves | A | Interest | J | T | | | | | |
| 20. -Powershares DB Commodity Index Tracking FD Unilt Ben Int | A | Int./Div. | K | T | | | | | |
| 21. -Driehaur Emerging Markets Fund | A | Int./Div. | L | T | | | | | |
| 22. -Fidelty Real Estate Investment Fund | B | Int./Div. | K | T | | | | | |
| 23. -Ishares Trust S & P Midcap 400 Index FD | C | Int./Div. | J | T | | | | | |
| 24. -Ishares Trust S & P Small Cap 600 Index FD | D | Int./Div. | K | T | | | | | |
| 25. -Matthews Asian Growth & Income Fund #2 | B | Int./Div. | K | T | | | | | |
| 26. -Oakmark International Small Cap Investment Fund | A | Int./Div. | K | T | | | | | |
| 27. -Pimco Foreign Bond Fund Unhedged Class D | A | Int./Div. | K | T | | | | | |
| 28. -Pimco Real Return Fund Class D | A | Int./Div. | L | T | | | | | |
| 29. -Pimco Total Return Fund Class D | A | Int./Div. | J | T | | | | | |
| 30. -RS Global Natural Resources Fund Class A | A | Int./Div. | K | T | | | | | |
| 31. -TCW Total Return Bond Fund Class N | B | Int./Div. | L | T | | | | | |
| 32. -Fidelity Global Balanced Fund | A | Int./Div. | K | T | | | | | |
| 33. Vanguard International Value Fund Inherited IRA | B | Int./Div. | K | T | Distributed (part) | 12/18/15 | J | | |
| 34. Vanguard Wellington Investor Fund (UTMA) | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Municipal Money Market Fund ( UTMA) | A | Int./Div. | J | T | | | | | |
| 36. I Shares Core Total US Bond Market ETF | A | Int./Div. | N | T | | | | | |
| 37. Oakmark International Cl I Fund | B | Int./Div. | K | T | | | | | |
| 38. Spartan 500 Index FD Advsantage Class | B | Int./Div. | L | T | Buy | 06/23/15 | L | | |
| 39. Vanguard Rollover IRA | | | | | | | | | |
| 40. -Vanguard Developed Markets Index Fund Admiral | B | Int./Div. | L | T | | | | | |
| 41. -Vanguard Emerging Markets Stock Index Fund Adm | B | Int./Div. | K | T | | | | | |
| 42. -Vanguard Growth Index Fund Adm. | A | Int./Div. | L | T | | | | | |
| 43. -Vanguard Inflation Protect Sec Adm Fund | B | Int./Div. | M | T | | | | | |
| 44. -Vanguard Long Term Investment Growth . Fund Adm. | C | Int./Div. | L | T | | | | | |
| 45. -Vanguard Mid Cap Value Index Fund Adm | B | Int./Div. | L | T | | | | | |
| 46. -Vanguard Precious Metals & Mining Fund | A | Int./Div. | K | T | | | | | |
| 47. -Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 48. -Vanguard REIT Index Fund Adm | B | Int./Div. | L | T | | | | | |
| 49. -Vanguard Wellington Fund Admiral | D | Int./Div. | M | T | | | | | |
| 50. -Vanguard Equity Inncome Fund Adm. | B | Int./Div. | L | T | | | | | |
| 51. -Vanguard Global Ex US Real Estate Index FD ETF | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard FTSE Developed MRKTS ETF | B | Int./Div. | L | T | | | | | |
| 53. -Vanguard S & P 500 Index ETF | B | Int./Div. | L | T | | | | | |
| 54. -Vanguard Short Term Bond ETF | B | Int./Div. | M | T | | | | | |
| 55. -Vanguard Small Cap ETF | A | Int./Div. | L | T | | | | | |
| 56. -Vanguard Total Bond Market ETF | D | Int./Div. | N | T | | | | | |
| 57. Allianz Inherited Fixed Rate Annuity | C | Int./Div. | J | T | Distributed (part) | 5/2/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Janet S. Baer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544